```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
      vs.                          )   Civil Action No. 04-192-E
                                   )
REAL PROPERTY KNOWN AND            )
NUMBERED AS 12171 BLAIR STREET,    )
CONNEAUT LAKE, PENNSYLVANIA        )
16316, including all              )
improvements, fixtures, and        )
appurtenances thereto or           )
therein,                           )
                                   )
            Defendant              )
                                   )
KHANG NGUYEN and                   )
TU L. NGUYEN,                      )
                                   )
            Claimants.             )



UNITED STATES OF AMERICA           )
                                   )
            Plaintiff,             )
                                   )
      vs.                          )   Civil Action No. 04-351-E
                                   )
2003 HONDA PILOT VIN #             )
2HKYF18563H600150,                 )
                                   )
            Defendant              )
                                   )
KHANG NGUYEN,                      )
                                   )
            Claimant.              )
```

## O R D E R

Complaints in forfeiture were filed in the above captioned related matters on July 9, 2004 at Civil Action No. 04-192-E and  on December 3, 2004 at Civil Action No. 04-351-E. Proofs of Public of Advertising were filed and verified claims were filed by Khang Nguyen and Tu L. Nguyen at Civil Action No. 04-192-E and by Khang Nguyen at Civil Action No. 04-351-E.

Accordingly, the following Order is entered.

AND NOW, to-wit, this 16th day of February, 2006, a Hearing on Forfeiture will be held before this Court on _MARCH  22_____, 2006, at _1:30 p.m._ ,Courtroom A, Federal Courthouse, Erie, Pennsylvania.

_Maurice B. Cohill, Jr._

Maurice B. Cohill, Jr.
Senior United States District Judge

cc/ecf:   Asst. U.S. Atty. Mary McKeen Houghton
          Gary E. Gerson, Esquire