IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 04 - 351E |
| 2003 HONDA PILOT ) VIN# 2HKYF18563H600150 ) | |
| Defendant ) | |

**JOINT MOTION TO ESTABLISH DISCOVERY PERIOD
AND TO CONTINUE HEARING SCHEDULED FOR MARCH 22, 2006**

AND NOW come the United States of America and Khang Nguyen, by and through their respective counsel, and respectively represent as follows:

1. The parties will have until May 31, 2006, within which to conduct discovery and settlement negotiations.

2. The hearing scheduled for March 22, 2006 is continued until further Order of Court.

3. Upon expiration of the discovery period, the parties shall report to the court on the status of their discovery and settlement negotiations, at which time a hearing will be rescheduled if necessary.

4. This Stipulation is subject to the approval of the Court.

WHEREFORE, the United States of America and Khang Nguyen respectfully request that this Honorable Court order that the parties have until May 31, 2006, within which to conduct discovery.

Mary Beth Buchanan
United States Attorney

By: s/Mary McKeen Houghton          s/Gary E. Gerson
    Assistant U.S. Attorney          Attorney for Khang Nguyen
    Suite 4000, U.S. Courthouse
    700 Grant Street
    Pittsburgh, PA 15219
    (412) 894-7370
    PA ID #31929

WHEREFORE, the United States of America and Khang Nguyen respectfully request that this Honorable Court order that the parties have until May 31, 2006, within which to conduct discovery.

Mary Beth Buchanan
United States Attorney

By: *(signature)*
Assistant U.S. Attorney
Suite 4000, U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
(412) 894-7370
PA ID #31929

*(signature)*
Attorney for Khang Nguyen