WHEREFORE, the United States of America, Khang Nguyen and Tu L. Nguyen respectfully request that this Honorable Court order that the parties have until July 31, 2006, within which to conduct discovery.

Mary Beth Buchanan
United States Attorney

By: _____
Mary McKeen Houghton
Assistant U.S. Attorney
Suite 4000, U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
(412) 894-7370
PA ID# 31929

_____
Gary E. Gerson, Esquire @
Attorney for Khang Nguyen
and Tu L. Nguyen