IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.  04 - 351E |
| ) | |
| 2003 HONDA PILOT ) | |
| VIN# 2HKYF18563H600150 ) | |
| ) | |
| Defendant ) | |

**JOINT MOTION TO ESTABLISH DISCOVERY PERIOD**

AND NOW come the United States of America and Khang Nguyen, by and through their respective counsel, and respectively represent as follows:

1. The parties will have until July 31, 2006, within which to conduct discovery and settlement negotiations.

2. Upon expiration of the discovery period, the parties shall report to the court on the status of their discovery and settlement negotiations.

3. This Stipulation is subject to the approval of the Court.

WHEREFORE, the United States of America and Khang Nguyen respectfully request that this Honorable Court order that the parties have until July 31, 2006, within which to conduct discovery.

      Mary Beth Buchanan
      United States Attorney

By:   s/ Mary McKeen Houghton
      Mary McKeen Houghton          Gary E. Gerson, Esquire
      Assistant U.S. Attorney             Attorney for Khang Nguyen
      Suite 4000, U.S. Courthouse
      700 Grant Street
      Pittsburgh, PA 15219
      (412) 894-7370
      PA ID #31929