IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>  Plaintiff,  )<br>  )<br>  )<br>  vs. )<br>  )<br>  2003 HONDA PILOT )<br>  VIN# 2HKYF18563H600150 )<br>  )<br>  )<br>  Defendant ) | Civil Action No. 04 - 351E |

## ORDER OF COURT

AND NOW, this ___8th___ day of ___June___, 2006, it is hereby,

ORDERED, ADJUDGED and DECREED that the forgoing stipulation is approved, the specific terms of which are incorporated in their entirety into this order and that the parties shall have until July 31, 2006, within which to conduct discovery and settlement negotiations.

*Maurice B. Cohill, Jr.*
J.