IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 04-192-E |
| | ) | |
| REAL PROPERTY KNOWN AND NUMBERED AS 12171 BLAIR STREET, CONNEAUT LAKE, PENNSYLVANIA 16316, including all improvements, fixtures, and appurtenances thereto or therein, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| KHANG NGUYEN and TU L. NGUYEN, | ) ) | |
| | ) | |
| Claimants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 04-351-E |
| | ) | |
| 2003 HONDA PILOT VIN 3 2HKYF18563H600150, | ) ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| KHANG NGUYEN, | ) | |
| | ) | |
| Claimant. | ) | |

O R D E R

AND NOW, this 1st day of August, 2006, discovery having closed in the above captioned related matters on July 31, 2006,

IT IS HEREBY ORDERED that a Hearing on Forfeiture will be held before this Court on **Monday, October 2, 2006, at 9:00 a.m.**, Courtroom A, Federal Courthouse, Erie, Pennsylvania.

                                              s/Maurice B. Cohill, Jr.
                                              Senior United States District Judge

ecf:     Asst. U.S. Atty. Mary McKeen Houghton
           Gary E. Gerson, Esquire