IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 04-351E |
| ) | |
| 2003 HONDA PILOT ) | |
| VIN# 2HKYF18563H600150, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO ESTABLISH DISCOVERY PERIOD**

AND NOW come the United States of America and Khang Nguyen by and through their respective counsel, and respectively represent as follows:

1. The parties will have until October 31, 2006, within which to conduct discovery and settlement negotiations. The hearing scheduled for October 2, 2006 at 9:00 A.M. is continued until further order of court.

2. Upon expiration of the discovery period, the parties shall report to the court on the status of their discovery and settlement negotiations, at which time a hearing will be rescheduled if necessary.

3. This Stipulation is subject to the approval of the Court.

WHEREFORE, the United States of America and Khang Nguyen respectfully request that this Honorable Court order that the parties have until October 31, 2006, within which to conduct discovery.

Mary Beth Buchanan
United States Attorney

By:  s/ Mary McKeen Houghton                    s/ Gary Gerson
     Assistant U.S. Attorney                    Attorney for Khang Nguyen and
     Suite 4000, U.S. Courthouse                Tu L. Nguyen
     700 Grant Street
     Pittsburgh, PA 15219
     (412) 894-7370
     PA ID #31929