IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-351E |
| 2003 HONDA PILOT VIN# 2HKYF18563H600150, | ) |
| Defendant. | ) |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2006, it is hereby,

ORDERED, ADJUDGED and DECREED that the forgoing stipulation is approved, the specific terms of which are incorporated in their entirety into this order and that the parties shall have until October 31, 2006, within which to conduct discovery and settlement negotiations.  The hearing scheduled for October 2, 2006 at 9:00 A.M. is continued until further order of court.

_____
J.