With the intent to be legally bound hereby, the undersigned execute this Stipulation this ____ day of _____, 2006.

Mary Beth Buchanan
United States Attorney

By: _____
Mary McKeen Houghton
Assistant U.S. Attorney
Suite 4000, U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
(412) 894-7370
PA ID# 31929

_____
Gary E. Gerson, Esquire
Attorney for Khang Nguyen