IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-351E |
| 2003 HONDA PILOT<br>VIN# 2HKYF18563H600150, | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2006, it is hereby, ORDERED, ADJUDGED and DECREED that the foregoing Stipulation to Stay is approved, the specific terms of which are incorporated in their entirety into this order as if fully set forth. It is further ORDERED that:

1. This civil forfeiture action is stayed until further Order of Court.

2. The United States will notify the Court upon the conclusion of the related criminal investigation.

3. The clerk shall mark this case administratively closed.

_____
J.