evidence of additional terms, nor may this Stipulation be modified, except by written instrument executed by the United States, Tu L. Nguyen and Khang Nguyen.

7. This Stipulation is subject to the approval of the United States District Court.

With the intent to be legally bound hereby, the undersigned execute this Stipulation this 23rd day of May, 2007:

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

By: *Mary McKeen Houghton*
Mary McKeen Houghton
Assistant U.S. Attorney
U.S. Post Office & Courthouse
Suite 4000
Pittsburgh, PA 15219
(412) 894-7370
PA ID #31929

Gary E. Gerson, Esquire
Attorney for Tu L. Nguyen and
Khang Nguyen