IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  04-351 E |
| ) | |
| 2003 HONDA PILOT, ) | |
| VIN 2HKYF18563H600150, ) | |
| ) | |
| Defendant ) | |

## O R D E R

AND NOW, this _____ day of _____, 2007, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated by reference in its entirety into this Order.  It is further ORDERED that the defendant 2003 Honda Pilot, VIN 2HKYF18563H600150, is hereby forfeited to the United States free and clear of all right, title and interest of any personal or entity, including without limitation, Tu L. Nguyen and Khang Nguyen.

J.